STATE of Missouri, Plaintiff/Respondent,

v.

**Deshawn JOHNSON, Defendant/Appellant.**

**No. 71045.**

Missouri Court of Appeals, Eastern District, Division Four.

Nov. 25, 1997.

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for defendant-appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Joiner, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

### ORDER

PER CURIAM.

Deshawn Johnson, Defendant, appeals from judgment entered on a jury verdict finding him guilty of first-degree murder, Section 565.020.1, RSMo 1994, and armed

criminal action, Section 571.015, RSMo 1994. Johnson was sentenced to two life terms, to be served concurrently.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential or jurisprudential value. The judgment is affirmed in accordance with Rule 30.25(b).